# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BAIT PRODUCTIONS PTY LTD.,**

    **Plaintiff,**

**v.**                                                                                                                 **Case No: 8:13-cv-161-T-31DAB**

**ALEHANDRO AGUILAR,**

    **Defendant.**

## ORDER

This cause comes before the Court on the Motion for Entry of Final Default Judgment and Permanent Injunction against Defendant Alehandro Aguilar (Doc. No. 22), filed July 24, 2013.

On September 26, 2013, the United States Magistrate Judge issued a report (Doc. No. 23) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED. T**he Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendant in the amount of $7,300.00, which represents $6,000.00 statutory damages and $1,300.00 attorney's fees.

3. A permanent injunction is hereby **ENTERED** against Alehandro Aguilar as follows:

A. Defendant Alehandro Aguilar is hereby permanently enjoined, together with his agents, servants, and those persons in active concert or participation with him and who receive actual notice of this Order by personal service or otherwise, from directly or indirectly infringing

Plaintiff's rights in the copyrighted Motion Picture, including without limitation by using the Internet to reproduce or copy Plaintiff's Motion Picture, to distribute Plaintiff's Motion Picture, or to make Plaintiff's Motion Picture available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff.

  B. Defendant Alehandro Aguilar is hereby ordered to destroy all copies of Plaintiff's Motion Picture that he has downloaded onto any computer hard drive or server without Plaintiff's authorization and destroy all copies of the downloaded Motion Picture transferred onto any physical medium or device in Alehandro Aguilar's possession, custody, or control.

  4. After entry of judgment, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 15, 2013.

*[signature]*

**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party